## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. )<br>LAWRENCE MCCARTHY, )<br>    )<br>    Relator-Plaintiff, )<br>    )<br>    vs. )<br>    )<br>MARATHON TECHNOLOGIES, INC., )<br>SIGMATEK, INC., d/b/a )<br>MTI SIGMATEK, and )<br>JERRY KOZLOWSKI, )<br>    )<br>    Defendants. ) | Case No.    11 CV 07071<br><br>Judge Daniel G. Martin |

---

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND
### MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE

The above-captioned matter is an action brought under the *qui tam* provisions of the

federal False Claims Act, 31 U.S.C. §§ 3729-3732, by Relator Lawrence McCarthy for his own

behalf, and as a Relator with respect to such qui tam claims as he has pled on behalf of the

United States of America (collectively, the "Relator"), against Defendants Marathon

Technologies, Inc., Sigmatek, Inc., and Jerry Kozlowski (the "Defendants," and together with

Relator collectively, the "Parties").

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and in accordance with

the terms of the Parties' Settlement Agreement and Release in connection with the above-

captioned matter (the "Settlement Agreement and Release"), and the signed Government

Consent, the Parties hereby stipulate to the entry of an order dismissing the above captioned

Civil Action with prejudice as to the Defendants, and the dismissal of the counterclaims with

prejudice as to the Relator.

The Parties further stipulate that, except as specified in the Settlement Agreement and Release, any claim Relator or his counsel has to the "Settlement Amounts" or the Attorneys' Portion (as those terms in quotations are defined in the Settlement Agreement and Release) for expenses, attorneys' fees, and costs shall not be the responsibility of the Defendants.

WHEREFORE, the Parties respectfully request that the Court enter an order in the form attached hereto.

Respectfully submitted,

s/ Brian R. Holman

Brian R. Holman
Dennis H. Stefanowicz, Jr.
HOLMAN & STEFANOWICZ, LLC.
Attorneys for the Relator
233 South Wacker Drive, Suite 5620
Chicago, Illinois 60606
(312) 258-9700

s/ Scott D. Stein

Scott D. Stein
Scott R. Lassar
SIDLEY AUSTIN LLP
Attorneys for the Defendants
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

UNITED STATES OF AMERICA ex rel. )
LAWRENCE MCCARTHY,                )
                                   )
            Relator-Plaintiff,     )
                                   )      Case No.      11 CV 07071
        vs.                        )
                                   )      Judge Daniel G. Martin
MARATHON TECHNOLOGIES, INC.,       )
SIGMATEK, INC., d/b/a              )
MTI SIGMATEK, and                  )
JERRY KOZLOWSKI,                   )
                                   )
            Defendants.            )

CONSENT OF THE UNITED STATES OF AMERICA TO THE RELATOR'S
DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANTS
MARATHON TECHNOLOGIES, INC., SIGMATEK, INC., and
JERRY KOZLOWSKI PURSUANT TO 31 U.S.C. § 3730(b)(1)

Pursuant to 31 U.S.C. § 3730(b)(1), the United States hereby consents to the dismissal

with prejudice of all claims in the above-captioned action with respect to Defendants Marathon

Technologies, Inc., Sigmatek, Inc., and Jerry Kozlowski (the "Defendants"). The United States

has concluded that the settlement is fair, adequate, and reasonable.

Dated __11/12/2015__                          Respectfully submitted,

                                              Zachary T. Fardon
                                              United States Attorney

                                              _____
                                              John Cooke
                                              Assistant U.S. Attorney
                                              United States Attorney's Office
                                              Northern District of Illinois
                                              219 South Dearborn St., Suite 5000
                                              Chicago, Illinois 60604
                                              312-353-1994 8788